# EXHIBIT 2

| | |
|---|---|
| **From:** | Agape Ogbonda |
| **To:** | Webb, Carolyn |
| **Cc:** | Cheeseman, Kimberly; Crow, M. Carter |
| **Subject:** | RE: Schnelle v. Chevron - Request for Contact Information |
| **Date:** | Thursday, September 16, 2021 3:30:21 PM |
| **Attachments:** | image001.png<br>image002.png<br>image003.png |

Thanks. I'll work with the team here. I think we have about 15 individuals, and so far 4 of them were not employed within the lookback period, and 2 had arbitration agreements.

I'm not inclined to provide any information for those 6 individuals.

### AGAPE OGBONDA

Legal Counsel

t: +1 713 341 0282  m: +1 832 707 2779  w: www.airswift.com

3050 Post Oak Blvd, Suite 1450, Houston, TX 77056 United States

Airswift   @weareairswift   Airswift

Airswift logo

This message is intended only for the stated addressee(s) and may be confidential. Access to this email by anyone else is unauthorised. Any opinions expressed in this email do not necessarily reflect the opinions of Airswift, its subsidiary or associated companies.

**From:** Webb, Carolyn <carolyn.webb@nortonrosefulbright.com>
**Sent:** Thursday, September 16, 2021 3:00 PM
**To:** Agape Ogbonda <agape.ogbonda@airswift.com>
**Cc:** Cheeseman, Kimberly <kimberly.cheeseman@nortonrosefulbright.com>; Crow, M. Carter <carter.crow@nortonrosefulbright.com>
**Subject:** RE: Schnelle v. Chevron - Request for Contact Information

Thank you Agape, we appreciate it. The case was filed on May 7, 2020. The relevant time period for the putative class is August 20, 2018 – August 20, 2021.

Carolyn

**Carolyn Webb** | Associate
Norton Rose Fulbright US LLP
1301 McKinney, Suite 5100, Houston, Texas 77010-3095, United States
Tel +1 713 651 5404 | Fax +1 713 651 5246
carolyn.webb@nortonrosefulbright.com

**NORTON ROSE FULBRIGHT**

*Law around the world*
nortonrosefulbright.com

**From:** Agape Ogbonda [mailto:agape.ogbonda@airswift.com]

**Sent:** Thursday, September 16, 2021 2:57 PM
**To:** Webb, Carolyn <carolyn.webb@nortonrosefulbright.com>
**Cc:** Cheeseman, Kimberly <kimberly.cheeseman@nortonrosefulbright.com>; Crow, M. Carter <carter.crow@nortonrosefulbright.com>
**Subject:** RE: Schnelle v. Chevron - Request for Contact Information

Working on it.

When was this case filed/When does the three year look back period end?

### AGAPE OGBONDA

Legal Counsel

t: +1 713 341 0282 m: +1 832 707 2779 w: www.airswift.com

3050 Post Oak Blvd, Suite 1450, Houston, TX 77056 United States

Airswift    @weareairswift    Airswift

Airswift logo

This message is intended only for the stated addressee(s) and may be confidential. Access to this email by anyone else is unauthorised. Any opinions expressed in this email do not necessarily reflect the opinions of Airswift, its subsidiary or associated companies.

**From:** Webb, Carolyn <carolyn.webb@nortonrosefulbright.com>
**Sent:** Thursday, September 16, 2021 1:58 PM
**To:** Agape Ogbonda <agape.ogbonda@airswift.com>
**Cc:** Cheeseman, Kimberly <kimberly.cheeseman@nortonrosefulbright.com>; Crow, M. Carter <carter.crow@nortonrosefulbright.com>
**Subject:** RE: Schnelle v. Chevron - Request for Contact Information

Agape,

We wanted to follow up on the below given that the court-ordered deadline is this coming Monday. Please let us know if you need anything on our end.

Thanks,
Carolyn

**Carolyn Webb** | Associate
Norton Rose Fulbright US LLP
1301 McKinney, Suite 5100, Houston, Texas 77010-3095, United States
Tel +1 713 651 5404 | Fax +1 713 651 5246
carolyn.webb@nortonrosefulbright.com

**NORTON ROSE FULBRIGHT**

*Law around the world*
nortonrosefulbright.com

**From:** Crow, M. Carter
**Sent:** Wednesday, September 15, 2021 9:50 AM

**To:** 'Agape Ogbonda' <agape.ogbonda@airswift.com>
**Cc:** Cheeseman, Kimberly <kimberly.cheeseman@nortonrosefulbright.com>; Webb, Carolyn <carolyn.webb@nortonrosefulbright.com>
**Subject:** FW: Schnelle v. Chevron - Request for Contact Information

Agape,

Thanks again for your help. We have learned of another individual: Michael Watt. Can you get us his contact information as well?

Carter
713.922.9370

---

**From:** Crow, M. Carter
**Sent:** Tuesday, September 14, 2021 3:50 PM
**To:** 'Agape Ogbonda' <agape.ogbonda@airswift.com>
**Cc:** Cheeseman, Kimberly <kimberly.cheeseman@nortonrosefulbright.com>; Webb, Carolyn <carolyn.webb@nortonrosefulbright.com>
**Subject:** Schnelle v. Chevron - Request for Contact Information

Agape,

Thanks for taking my call today. As I mentioned, Chevron needs the last known contact information for the fourteen people listed below. Specifically, we need their address, phone number, and e-mail address.

1. Biggs, Tim
2. Broussard, Paul
3. Garcia, Pedro
4. Gilbert, Thad
5. Hobbs, Jimmy
6. Jones, Danny
7. Manuel, Russ
8. Noble, Blake
9. Page, Casey
10. Paschal, Joseph
11. Perry, James
12. Rios, Juan
13. Schnelle, Kelly
14. Seeley, James

Our deadline to provide plaintiffs with this information is **next Monday, September 20.** I have also attached the court order that requires Chevron to provide this contact information.

Thank you for your assistance.

Carter
713.922.9370

---

**From:** Agape Ogbonda [mailto:agape.ogbonda@airswift.com]
**Sent:** Wednesday, June 30, 2021 4:07 PM
**To:** Crow, M. Carter <carter.crow@nortonrosefulbright.com>
**Subject:** Schnelle

**[External Email – Use Caution]**

Carter,

I represent Airswift and I am reaching out to you regarding the attached subpoena in the above matter.

Would you be able to speak this week so I understand where the case currently is?

Regards,

### AGAPE OGBONDA

Legal Counsel

t: +1 713 341 0282 m: +1 832 707 2779 w: www.airswift.com

3050 Post Oak Blvd, Suite 1450, Houston, TX 77056 United States

Airswift    @weareairswift    Airswift

Airswift logo

This message is intended only for the stated addressee(s) and may be confidential. Access to this email by anyone else is unauthorised. Any opinions expressed in this email do not necessarily reflect the opinions of Airswift, its subsidiary or associated companies.

The content of this e-mail and any attachments are confidential and may contain privileged material intended solely for the recipient(s) named above. Viruses, compromises of security, data corruption, interception and unauthorised amendment are inherent risks in relation to email and it is your responsibility to scan the email and any attachments. Neither the sender nor the Airswift Group accept any liability for any virus infection and/or external compromise of security in relation to transmissions by email. Any views expressed in this email may not reflect those of any company, affiliate or associated company of the Airswift Group. If you are not the intended recipient of this email, please contact the sender immediately and delete this email from your system. Air Resources Limited is a limited company registered in England and Wales. Company number: 01427732 Registered address: 4th Floor, Delphian House, Riverside, New Bailey Street, Manchester, Greater Manchester, M3 5FS.

**CONFIDENTIALITY NOTICE:** This email, including any attachments, is confidential and may be privileged. If you are not the intended recipient please notify the sender immediately, and please delete it; you should not copy it or use it for any purpose or disclose its contents to any other person. Norton Rose Fulbright entities reserve the right to monitor all email communications through their networks.

Norton Rose Fulbright Australia, Norton Rose Fulbright LLP, Norton Rose Fulbright Canada LLP, Norton Rose Fulbright South Africa Inc and Norton Rose Fulbright US LLP are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.