# EXHIBIT 3

| | |
|---|---|
| **From:** | Crow, M. Carter |
| **To:** | "Agape Ogbonda" |
| **Cc:** | Cheeseman, Kimberly; Webb, Carolyn |
| **Subject:** | Schnelle Case |
| **Date:** | Monday, September 20, 2021 1:32:00 PM |

Agape,

I am following up on this matter. Chevron asks that you comply with our requests for the contact information. If Swift does not do so, you could put Chevron in a bad position. The deadline is today. Please provide the information as requested.

**M. Carter Crow** | Partner-in-Charge, Houston
Norton Rose Fulbright US LLP
1301 McKinney, Suite 5100, Houston, Texas 77010-3095, United States
Office +1 713 651 5218 | Cell +1 713 922 9370
carter.crow@nortonrosefulbright.com

**NORTON ROSE FULBRIGHT**

*Law around the world*
nortonrosefulbright.com